**STATE of Missouri, Respondent,**

v.

**Larry C. WELLS, Appellant.**

**No. WD34847.**

Missouri Court of Appeals,
Western District.

June 26, 1984.

 

James W. Fletcher, Public Defender, Kansas City, Gary L. Gardner, Asst. Public Defender, Teresa Hair, Certified Law Student, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

## ORDER

PER CURIAM.

Appeal from conviction for first degree burglary, Section 569.160, RSMo 1978, and five-year sentence.

Affirmed. Rule 30.25(b).